IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-58-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARRELL TYKWAN ATKINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 8, 2018, Darrell Tykwan Atkinson ("Atkinson") moved for release on a compassionate furlough [D.E. 20]. Given Atkinson's serious criminal conduct, abysmal performance on federal supervision, and non-existent relationship with the decedent (see PSR [D.E. 236] ¶ 63 in case no. 7:16-CR-120-D-5), the motion [D.E. 20] is DENIED.

SO ORDERED. This 11 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge